David V. Balakian, SBN 166749
BALAKIAN LAW OFFICES
2014 Tulare Street, Suite 210
Fresno, CA  93721
Tel. (559) 495-1558
Fax. (559) 495-1004
davidbalakian@sbcglobal.net

Attorney for Defendant, **DANNY VALENZUELA**

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>v.<br><br>DANNY VALENZUELA,<br>        Defendant. | **Case No.: 1:16 CR 00173 DAD BAM**<br>**STIPULATION TO MODIFY CONDITIONS OF RELEASE** |

   THE PARTIES HEREBY STIPULATE AND AGREE that the conditions of release shall be modified. Defendant Danny Valenzuela must participate in a program of medical or psychiatric treatment, including treatment for drug or alcohol dependency, as approved by the pretrial services officer. Danny Valenzuela must pay all or part of the costs of the counseling services based upon his ability to pay, as determined by the pretrial services officer. All other previously ordered terms and conditions of release shall remain in full force and effect.


Dated: December 9, 2016          /s/ DAVID BALAKIAN
                                 David Balakian,
                                 Attorney for Defendant,
                                 DANNY VALENZUELA

```
Dated: December 9, 2016        /s/ KIMBERLY SANCHEZ
                                   Kimberly Sanchez,
                                   Assistant U.S. Attorney
                                   Stipulation has been agreed to by
                                   Ms. Sanchez.
```

**IT IS SO ORDERED.**

DATED: __**Dec 9, 2016**_____     _____
                                        STANLEY A. BOONE
                                        United States Magistrate Judge