David V. Balakian, SBN 166749
BALAKIAN LAW OFFICES
2014 Tulare Street, Suite 210
Fresno, CA  93721
Tel. (559) 495-1558
Fax. (559) 495-1004
davidbalakian@sbcglobal.net

Attorney for Defendant, **DANNY VALENZUELA**

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 1:16 CR 00173 DAD BAM |
| Plaintiff, | **ORDER AND STIPULATION MODIFYING CONDITIONS OF RELEASE** |
| vs. | |
| DANNY VALENZUELA, | |
| Defendant. | |

   THE PARTIES HEREBY STIPULATE AND AGREE that the conditions of release shall be modified.

   1. Defendant Danny Valenzuela must participate in the substance abuse treatment program at WestCare California, Inc., inpatient facility, and comply with all the rules and regulations of the program. Defendant must remain at the impatient facility until released by the Pretrial Services officer;

    a. A responsible party, approved by Pretrial Services, must escort Defendant to all required court hearings and escort defendant back to the inpatient facility upon completion of the hearing;

2. Upon successful completion of the residential program Defendant must reside at an address approved by Pretrial Services and Defendant must not change residence or absent himself from this residence for more than 24 hours without prior approval of the Pretrial Services officer;

3. Upon completion of the residential program, Defendant must participate in a program of medical or psychiatric treatment, including treatment for drug or alcohol dependency, as approved by the Pretrial Services officer. Defendant must pay all or part of the costs of the counseling services based upon his ability to pay, as determined by the Pretrial Services officer.

4. All other previously ordered terms and conditions of release shall remain in full force and effect.

5. Pretrial Services consents to this modification.

Dated: March 27, 2017   /s/ DAVID BALAKIAN  
David Balakian,  
Attorney for Defendant,  
DANNY VALENZUELA

Dated: March 27, 2017   /s/ KIMBERLY SANCHEZ  
Kimberly Sanchez,  
Assistant U.S. Attorney

Stipulation has been agreed to by Ms. Sanchez.

## ORDER

**IT IS SO ORDERED.**

Dated:  March 29, 2017         /s/ Barbara A. McAuliffe
                               **UNITED STATES MAGISTRATE JUDGE**