David V. Balakian, SBN 166749
BALAKIAN LAW OFFICES
1060 Fulton Street, Suite 810
Fresno, CA  93721
Tel. (559) 495-1558
Fax. (559) 495-1004
davidbalakian@sbcglobal.net

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>DANNY VALENZUELA,<br><br>　　　　　Defendant. | **Case No.: 1:16 CR 00173 DAD**<br><br>**UNOPPOSED MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE AND ORDER** |

　　　Mr. Valenzuela respectfully asks this Court for an order terminating supervision for the remaining approximate six to seven months of a three year term. Counsel for Mr. Valenzuela has contacted both Probation and the Assistant United States Attorney. Neither object to this request.

　　　Mr. Valenzuela was sentenced on November 5, 2018, to 33 months in custody followed by 36 months supervised release. His term of supervision began on May 29, 2020.

　　　Mr. Valenzuela has satisfied all terms of his supervised release.

　　　He would like to travel interstate for employment for increase income.

　　　Title 18 U.S.C. section 3583(e)(1) grants the Court power to terminate a term of supervised release at any time after the expiration of one year of supervised release, pursuant to the provisions of Federal Rules of Criminal Procedure relating to the modification of probation, if it is satisfied that such action is warranted by the conduct of the defendant and the interests of justice.

Federal Rule of Criminal Procedure section 32.1(c), requires a hearing for modifying a term of supervised release unless the person waives the hearing, or the relief is favorable and the attorney for the government has received notice of the relief sought and does not object.

Mr. Valenzuela waives a hearing for this request and the government does not object and a non-opposition has been filed with the Court.

Dated: December 5, 2022 /s/ DAVID BALAKIAN
David Balakian,
Attorney for Defendant
DANNY VALENZUELA

**ORDER**

Danny Valenzuela is hereby discharged from supervised release in this matter effective immediately.

IT IS SO ORDERED.

Dated: December 16, 2022

UNITED STATES DISTRICT JUDGE